## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. DETROIT GASKET & MANUFACTURING COMPANY, Respondent.

### No. 10936.

United States Court of Appeals
Sixth Circuit.

Dec. 8, 1949.

Robert N. Denham, Washington, D. C., Frank H. Bowen, Detroit, Mich., Stephen Reynolds, Washington, D. C., for appellant.

Cook, Beake, Miller, Wrock & Cross, Detroit, Mich., Bethel B. Kelley, Detroit, Mich., for respondent.

Before SIMONS, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the arguments of counsel, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the petition for enforcement of the order of the National Labor Relations Board be and the same is hereby denied. Colgate-Palmolive-Peet Company v. National Labor Relations Board et al., 338 U.S. 355, 70 S.Ct. 166; Aluminum Co. of America v. National Labor Relations Board, 7 Cir., 159 F.2d 523.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. The COOPER COMPANY, Inc., Respondent.

### No. 12984.

United States Court of Appeals
Fifth Circuit.

Jan. 19, 1950.

A. Norman Somers, Asst. Gen. Counsel, David P. Findling, Assoc. Gen. Counsel, Nat. Labor Relations Bd., Washington, D. C., for petitioner.

Wm. E. Terrell, Waco, Tex., for respondent.

Before HUTCHESON, Chief Judge, and HOLMES and McCORD, Circuit Judges.

PER CURIAM.

Petitioner's motion is granted. N. L. R. B. v. Hill Bros. Co., 5 Cir., 161 F.2d 179; N. L. R. B. v. Davis, 5 Cir., 172 F.2d 225.

The opinions and orders in N. L. R. B. v. Pool Mfg. Co.[1] and N. L. R. B. v. Mexia Textile Mills, Inc.[2] were not intended to be, they were not, departures from the rule of those cases. Indeed, nothing was decided there. The court, expressly deferring decision, merely referred the matter back to the Board for its assistance in furnishing further information and for its recommendations or requests in the light of such further information.

---

1. 5th Circuit, May 13, 1949. [No opinion for publication.]

2. 5th Circuit, June 3, 1949. [No opinion for publication.]